Edward J. Maney, Trustee
P.O. Box 10434
Phoenix, Arizona 85064
Telephone (602) 277-3776
ejm@maney13trustee.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| In re: | ) | CHAPTER 13 BANKRUPTCY |
|---|---|---|
| ANNA KAY THOMAS, | ) | CASE NO: #2 : 15-09883-EPB |
| Debtor(s) | ) | TRUSTEE'S MOTION TO WITHDRAW DISMISSAL ORDER |

    An Order for Dismissal was uploaded for the Court's review on October 29, 2015 for the above-captioned case.

    Comes now Edward J. Maney, Trustee of the above-captioned bankruptcy estate, who respectfully requests that the above referenced Order of Dismissal be withdrawn. The reason for this request is a follows:

    The debtor's submitted the required plan payments and tax returns.

    Trustee's Order of Dismissal is hereby withdrawn.

Date See Electronic Signature Block

EDWARD J. MANEY,
CHAPTER 13 TRUSTEE

By: _____
Edward J. Maney ABN 12256
CHAPTER 13 TRUSTEE
101 North First Ave., Suite 1775
Phoenix, Arizona 85003
(602) 277-3776
ejm@maney13trustee.com

Copies of the forgoing
Mailed [see electronic signature]
to the following:

Anna Thomas
7660 E. McKellips Rd., #16
Scottsdale, Arizona 85257
Debtor

Pascal H. Goddard, Esq.
Arizona Senior Citizens Law Project
1818 South 16th Street
Phoenix, Arizona 85034
Debtors' counsel

By:_____
Trustee's Clerk