```
 1  Pascal H. Goddard (No. 011495)
    **ARIZONA SENIOR CITIZENS LAW PROJECT**
 2  1818 South 16th Street
    Phoenix, Arizona  85034
 3  (602) 252-6710
    (602) 252-6694 Facsimile
 4  seniorlw@mindspring.com e-mail

 5  Attorneys for Debtor

 6
                      UNITED STATES BANKRUPTCY COURT
 7
                           DISTRICT OF ARIZONA
 8

 9  In re:                            )  Case No. 2:15-bk-09883-EPB
                                      )
10  ANNA KAY THOMAS,                  )  **NOTICE OF LODGING OF ORDER**
                                      )
11       Debtor.                      )
    _____ )
12
         The Debtor, Anna Kay Thomas, hereby gives notice of the lodging of
13
    the proposed Order attached as Exhibit A.
14
         DATED this 12th day of January, 2016
15

16                                 s/ Pascal H. Goddard
                                   Pascal H. Goddard
17                                 1818 South 16th Street
                                   Phoenix, Arizona 85034
18                                 Attorney for Debtor
```

```
 1  Original electronically filed
    this 12th day of January, 2016
 2  with:

 3  United States Bankruptcy Court
    230 North First Avenue, Suite 204
 4  Phoenix, Arizona 85003

 5  Copy of the foregoing mailed
    this 12th day of January, 2016 to:
 6
    J. Murray Zeigler, Esq.
 7  ZEIGLER LAW GROUP. LLC
    229 West la Vieve Lane
 8  Phoenix, Arizona 85284-3022
    Attorney for Legacy Real
 9  Estate Group

10  Christopher J. Dylla, Esq.
    OFFICE OF THE ATTORNEY GENERAL
11  1275 West Washington Street
    Phoenix, Arizona 85007-2926
12  Attorney for State of Arizona
    ex rel. Arizona Department of Revenue
13
    Lori A. Lewis, Esq.
14  MARICOPA COUNTY ATTORNEY
    CIVIL SERVICES DIVISION
15  222 North Central Avenue, Suite 1100
    Phoenix, Arizona 85004-2206
16  Attorney for Maricopa County Treasurer

17  Edward J. Maney
    CHAPTER 13 TRUSTEE
18  101 North 1st Avenue, Suite 1775
    Phoenix, Arizona 85003
19
    U.S. Trustee
20  OFFICE OF THE U.S. TRUSTEE
    230 North 1st Avenue, Suite 204
21  Phoenix, Arizona 85003

22
     s/ Pascal H. Goddard
23
24
25
26
27
28
```